UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ALICE UWIDUHAYE, §
§
Petitioner, §
§
v. §            SA-26-CV-1037-FB (HJB)
§
ROSE THOMPSON in Her Official Capacity §
as Warden of the Karnes County §
Immigration Processing Center, MIGUEL §
VERGARA in His Official Capacity as the §
Acting Field Director of the ICE San §
Antonio Field Office, MARKWAYNE §
MULLIN in His Official Capacity as §
Secretary of the Department of Homeland §
Security; TODD BLANCHE in His §
Official Capacity as the Acting United §
States Attorney General, TODD M. LYONS §
in His Official Capacity as Acting Director §
of the U.S. Immigration and Customs §
Enforcement, and DEPARTMENT §
OF HOMELAND SECURITY, §
§
Respondents. [1] §

**ORDER**

Before the Court is the status of this case, which has been referred to the undersigned for

consideration of pretrial matters pursuant to 28 U.S.C. § 636(b)(1).  (*See* Docket Entry 11.)

The Court held a status conference on July 17, 2026.  In accordance with the Court's rulings

at the conference, it is hereby **ORDERED** that Petitioner file an amended petition for writ of

---

[1] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).

habeas corpus by **July 17, 2026**, and that Respondents file a response to the amended petition by **July 24, 2026**.

　　　　**SIGNED** on July 17, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Henry J. Bemporad
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge