UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALICE UWIDUHAYE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | SA-26-CV-1037-FB |
| | § | |
| ROSE THOMPSON in Her Official Capacity | § | |
| as Warden of the Karnes County | § | |
| Immigration Processing Center, MIGUEL | § | |
| VERGARA in His Official Capacity as the | § | |
| Acting Field Director of the ICE San | § | |
| Antonio Field Office, MARKWAYNE | § | |
| MULLIN in His Official Capacity as | § | |
| Secretary of the Department of Homeland | § | |
| Security; TODD BLANCHE in His | § | |
| Official Capacity as the Acting United | § | |
| States Attorney General, TODD M. LYONS | § | |
| in His Official Capacity as Acting Director | § | |
| of the U.S. Immigration and Customs | § | |
| Enforcement, and DEPARTMENT | § | |
| OF HOMELAND SECURITY, | § | |
| | § | |
| Respondents. [1] | § | |

**ORDER RETURNING CASE
TO DISTRICT COURT**

Per the District Court, this case is **RETURNED** for consideration of the First Amended

Petition for Writ of Habeas Corpus (Docket Entry 26).

**SIGNED** on August 5, 2026.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] Markwayne Mullin was sworn in on March 24, 2026, as Secretary of Homeland Security. Mullin is therefore substituted for former Secretary of Homeland Security Kristi Noem as the proper, named Respondent. Todd Blanche was appointed acting Attorney General on April 2, 2026. Blanche is therefore substituted for former Attorney General Pamela Bondi as the proper, named Respondent. *See* FED. R. CIV. P. 25(d).